UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 4286**

PAUL GREGORY
_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

BROOKLYN NORTH NARCOTICS
JHON JOE, JHON JOE, JANE JOE,
JHON JOE, JHON JOE, OFFICER WHITE,
JHON JOE
_____

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
JUN 18 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name PAUL GREGORY
            ID # _____
            Current Institution _____
            Address _____

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name JHONE JOE                              Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2    Name  Officer White                               Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name  Yelon Joe                                   Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name  Jane Joe                                    Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name  Jhow joe                                    Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    695 Sheffield Ave Bklyn NY 11207

B.  Where in the institution did the events giving rise to your claim(s) occur?
    In County of Kings Bklyn NY

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    _____
    _____
    _____

| | |
|---|---|
| What happened to you? | D. Facts: I was walking toward store on Sheffield ave, when two officer hop out & arrest me, the arresting officer walk toward my girlfriend house kick her door down and lock her up, they said drug was their but found a clip of marijuana, officer jhon joe, jhon joe, jane joe |
| Who did what? | officer white search the apartment came up empty handed we ask for a search warrant but they never show it, then the officer had nerve to call ACS and lied I called civillian complaint Board And Also Board of internal Affairs my girlfriend and |
| Was anyone else involved? | I was incarcerated in central Booking had no choice to take a violation of ACD for six month After that we had to fight A ACS case which could of been prevented. |
| Who else saw what happened? | |

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Motion Depression pain and suffering, they stop me from getting a job with kid or to own a Daycare, the child I was with for four year gotta oder potection til she turn 18 or 21

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____  No _✓_  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No _✓_  Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No _✓_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No _✓_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 4 million Dollars (1,000,000.00) And to Dismiss order potection that ACS gave me.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ⧵
      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No ⧵

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of MAY, 2013

Signature of Plaintiff: Paul Regory

Inmate Number: 900-12-01324

Institution Address: 15-15 HAZEN ST ~~BKLYN~~ E. Elmhurst NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of MAY, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Paul Regory