UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

PAUL GREGORY,

                                                Plaintiff,

                   -against-

BROOKLYN NORTH NARCOTICS, SERGEANT DENNIS
FRIENDLY, SERGEANT JENNIFER LAVELLE,
DETECTIVE MICHELLE MARTINEZ, DETECTIVE
RONALD REYNOLDS, SERGEANT MICHAEL WHITE,
and DETECTIVE BRIAN WOOD,

                                                Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 3727 (JG) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 9, 2015

| | |
|---|---|
| Paul Gregory<br>*Plaintiff Pro Se*<br>Clinton Correctional Facility<br>1156 Rt. 374<br>P.O. Box 2001<br>Dannemora, New York 12929 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Paul Gregory<br>*Plaintiff Pro Se* | By: _____<br>Gary Moy<br>*Assistant Corporation Counsel*<br><br>SO ORDERED: |

_____
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015

2